No. 10–255. SHALABY ET AL. *v.* NEWELL RUBBERMAID, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–269. GERSTEN *v.* GERSTEN. Ct. App. Ariz. Certiorari denied.

No. 10–271. CHANDLER *v.* COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 10–273. YOUNGS *v.* INDUSTRIAL CLAIM APPEALS OFFICE ET AL. Ct. App. Colo. Certiorari denied.

No. 10–280. GHAZIBAYAT *v.* SBC ADVANCED SOLUTIONS, INC. C. A. 9th Cir. Certiorari denied.

No. 10–282. SKUTCHES ET AL. *v.* GLASOW. Super. Ct. Pa. Certiorari denied.

No. 10–285. CNG FINANCIAL CORP. *v.* DAVIS. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 10–286. MURPHY *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 10–293. ABAD, INDIVIDUALLY AND AS TRUSTEE OF THE ARTEMIO M. ABAD REVOCABLE TRUST, ET AL. *v.* FINANCE FACTORS, LTD., ET AL. Int. Ct. App. Haw. Certiorari denied.

No. 10–297. JENNEY *v.* CITY OF BARBERTON, OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 10–298. PALMA-PALMA ET AL. *v.* HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 10–299. YUMIN ZHAO *v.* LONE STAR ENGINE INSTALLATION CENTER, INC. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 10–301. ANASCAPE, LTD. *v.* NINTENDO OF AMERICA, INC. C. A. Fed. Cir. Certiorari denied.

No. 10–302. KUBICKI *v.* APPROXIMATELY 3.38 ACRES OF LAND LOCATED NEAR COUNTY OF OAKLAND, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.